UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE KING/MOROCCO | CIVIL ACTION |
| VERSUS | NO. 19-11796 |
| LOUISIANA CAPITOL POLICE | SECTION "R" (3) |

## ORDER AND REASONS

The Louisiana Capital Police move to dismiss the complaint of plaintiff "The King/Morocco."[1] On July 22, 2019, plaintiff filed a pro se complaint against the Louisiana Capital Police asserting a cause of action under 42 U.S.C. § 1983.[2] Plaintiff did not pay the filing fee, and moved to proceed *in forma pauperis*.[3] The Magistrate Judge denied plaintiff's pauper application.[4] The Court affirmed the denial of plaintiff's pauper application, as plaintiff's financial affidavit demonstrated he had adequate funds to pay the filing fee.[5] The Court also observed in its order that plaintiff's claims are prescribed on the face of the complaint.[6]

---

1   R. Doc. 6.
2   R. Doc. 1.
3   R. Doc. 2.
4   R. Doc. 3.
5   R. Doc. 5.
6   *Id.* at 4-5.

Because plaintiff's pauper application was denied, and the filing fee never paid, the complaint was never properly filed. There therefore exists no complaint to dismiss. The Louisiana Capital Police's motion to dismiss is therefore DENIED as moot.

New Orleans, Louisiana, this __2nd__ day of March, 2020.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE